AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ERRICKA GONZALEZ, et al.,
*Plaintiff*
v.
BANNER BANK,
*Defendant*

Civil Action No. 4:20-CV-5151-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Dismissed without prejudice to the rights of the parties to enforce the terms of the Settlement. The Court retains jurisdiction over the claims against Defendant for purposes of resolving any disputes that may arise under the Settlement. Dismissed with prejudice, binding each Class Member to the terms of the Settlement Agreement and Release and reserving jurisdiction in this Court over the implementation of the Settlement Agreement and Release, including enforcement and administration of that Agreement and for the approval of the cy pres recipient.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses and for Representative Plaintiff Service Award (ECF No. 45) and Plaintiffs' Unopposed Joint Motion for Final Approval of Class Action Settlement and Certification of the Settlement Class (ECF No. 47).

Date: February 11, 2022

*CLERK OF COURT*

SEAN F. McAVOY

*s/B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry